[No. 37668-7-II.   Division Two.   July 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN EARL SANT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03475-9, Katherine M. Stolz, J., entered April 11, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 37845-1-II.   Division Two.   July 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY GENE DUNN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01898-1, Barbara D. Johnson, J., entered June 4, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37936-8-II.   Division Two.   July 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT BRYAN SILVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-1-00592-0, Kenneth D. Williams, J., entered June 5, 2008. *Remanded* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 37989-9-II.   Division Two.   July 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY JOE BARBER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-01380-4, M. Karlynn Haberly, J., entered May 23, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ. Now published at 152 Wn. App. 223.